*E-Filed 5/12/10*

RICHARD DOYLE, City Attorney (88625)
GEORGE RIOS, Assistant City Attorney (77908)
STEVEN B. DIPPELL, Sr. Deputy City Attorney (121217)
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San José, California  95113-1905
Telephone Number: (408) 535-1900
Facsimile Number:  (408) 998-3131
E-Mail Address:  cao.main@sanjoseca.gov

Attorneys for CITY OF SAN JOSE, CALIFORNIA

Ford & Harrison LLP
350 South Grand Avenue, Suite 2300
Los Angeles, CA  90071
Telephone:   (213) 237-2400
Facsimile:    (213) 237-2401
Email:  jcaryl@fordharrison.com

Norman A. Quandt, GA Bar No. 590575
(*pro hac vice*)
Ford & Harrison LLP
1275 Peachtree Street N.E.
Atlanta, GA 30309
Telephone:    (404) 888-3845
Facsimile:     (404) 888-3863
Email:  nquandt@fordharrison.com

Attorneys for Plaintiff SKY CHEFS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SKY CHEFS, INC.,<br><br>             Plaintiff,<br><br>     v.<br><br>CITY OF SAN JOSE, CALIFORNIA,<br><br>             Defendant. | Case Number:  C09 03735 RS<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER CONTINUING CASE**<br>**MANAGEMENT CONFERENCE** |

**STIPULATION**

The undersigned parties, by and through their counsel of record, herewith stipulate to the following:

1. A case management conference in this matter is currently scheduled to occur on May 20, 2010, commencing at 10:00 a.m.

2. The undersigned counsel for the City has a trial scheduled to commence in the Santa Clara County Superior Court on June 7, and is currently engaged in final preparations for that trial.

3. Plaintiff Sky Chefs, Inc. wants to depose a City employee the day before or after the case management conference, so that Plaintiff's out-of-state counsel can accomplish both the conference and the deposition during the same trip.  This arrangement is acceptable to the City, but the City's counsel needs to review documents to determine if any of them are going to be produced before the deposition and otherwise prepare for the deposition which, along with the case management conference itself, will take the City's counsel's time away from the aforementioned trial preparation efforts.

4. The parties jointly request that the case management conference be continued to July 1, July 15, or whatever other date more than thirty days hereafter is convenient to the court

FORD & HARRISON LLP

Dated:  May 12, 2010

By: ____/s/ NORMAN A. QUANDT_____
         NORMAN A. QUANDT

Attorneys for Plaintiff
Sky Chefs, Inc.

RICHARD DOYLE, City Attorney

Dated:  May 12, 2010

By: ____/s/ STEVEN B. DIPPELL_____
         STEVEN B. DIPPELL
         Sr. Deputy City Attorney

Attorneys for CITY OF SAN JOSE, CALIFORNIA

ATTESTMENT OF CONCURRENCE PER GENERAL ORDER 45 FOR FILING:

I attest that concurrence in the filing of this document by the signatories, Steven B. Dippell and Norman A. Quandt, has been obtained, and that a record of the concurrence shall be maintained at the Office of the City Attorney.

Date: May 12, 2010          By:      /s/ STEVEN B. DIPPELL
                                         STEVEN B. DIPPELL

## **ORDER**

Having read and considered the stipulation set forth above, and finding good cause for the actions requested therein, it is ordered that:

1. The case management conference currently scheduled for May 20, 2010, is continued to July 1, 2010 at 10:00 a.m., and the parties' joint case management conference statement is due June 24, 2010.

Dated: 5/12/10          By: _____
                               Hon. Richard Seeborg