RICHARD DOYLE, City Attorney #88625
NORA FRIMANN, Assistant City Attorney #93249
STEVEN B. DIPPELL, Sr. Deputy City Attorney #121217
ELISA T. TOLENTINO, Assoc. Deputy City Attorney #245962
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San José, California  95113-1905
Phone: (408) 535-1900
Fax:    (408) 998-3131
E-Mail: CAO.Main@sanjoseca.gov

Attorneys for Defendant,
CITY OF SAN JOSE

JOLINA A. ABRENA, #198683
Ford & Harrison LLP
350 South Grand Avenue, Suite 2300
Los Angeles, California  90071
Phone: (213) 237-2400
Fax:    (213) 237-2401
Email: jabrena@fordharrison.com

NORMAN A. QUANDT, GA Bar No. 590575
(*pro hac vice*)
Ford & Harrison LLP
271 17th Street NW, Suite 1900
Atlanta, GA 30363
Phone: (404) 888-3845
Fax:    (404) 888-3863
Email:  nquandt@fordharrison.com

Attorneys for Plaintiff,
SKY CHEFS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SKY CHEFS, INC., | Case Number:  C09-03735 RS |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER VACATING AMENDED CASE MANAGEMENT ORDER AND SETTING CASE MANAGEMENT CONFERENCE** |
| v. | |
| CITY OF SAN JOSE, CALIFORNIA, et al., | |
| Defendants. | |

1

## **STIPULATION**

The undersigned parties, by and through their counsel of record, herewith stipulate to the following:

1. This action by Plaintiff Sky Chefs, Inc. ("Sky Chefs") seeks injunctive and declaratory relief that would halt the efforts of Defendant City of San Jose (the "City") to apply its Airport Living Wage Ordinance (the "LWO") to Sky Chefs' operations at Norman Y. Mineta San Jose International Airport (the "Airport").  Sky Chefs contends that the LWO is preempted by federal law, and violates the Equal Protection Clauses of the United State and California Constitutions.  The City contends that Sky Chefs' arguments are meritless, and that Sky Chefs is contractually bound to comply with the LWO.

2. The parties worked cooperatively to complete much of the discovery needed in this case, submit a proposed schedule for resolution of the case in their joint case management statement, and ask the court to refer the matter to a magistrate for an early settlement conference.  Thereafter, on July 1, 2010, the court issued its Amended Case Management Plan which, among other things, required that all pretrial motions be heard by December 16, 2010, scheduled the case to commence trial on April 11, 2011, and referred the matter to Magistrate Judge Howard R. Lloyd to conduct a settlement conference.

3. Despite the diligent efforts of the parties and Magistrate Judge Lloyd, the early settlement conference did not result in a resolution of the case.  Unless the case resolves by some other means, the parties intend to bring cross motions for summary judgment, and expect that one of those motions will result in adjudication of the case at the trial court level.

4. Coincidental to the litigation, City staff are in the process of developing a proposed Airport competitiveness strategic plan for consideration by the City Council early next year.  The Airport LWO is one of several things being analyzed by staff, and the proposed strategic plan ultimately submitted for Council action may include recommended adjustments to the ordinance.

5. Since changes to the LWO resulting from this strategic plan process may have an impact on the allegations pertaining to the LWO pending in this case, the parties respectfully request that the court vacate its July 1, 2010 Amended Case Management Plan, and instead order the parties to submit an updated joint case management statement to the court on or about March 1, 2011 that includes a new proposed schedule for resolution of this case.

FORD & HARRISON LLP

Dated: October 20, 2010

By: ____/s/ Norman A. Quandt_____
        NORMAN A. QUANDT

Attorneys for Plaintiff,
SKY CHEFS, INC.

RICHARD DOYLE, City Attorney

Dated:  October 20, 2010

By: ____/s/ Steven B. Dippell_____
        STEVEN B. DIPPELL
        Sr. Deputy City Attorney

Attorneys for Defendant,
CITY OF SAN JOSE

3

Stipulation & [Proposed] Order Vacating Amended Case Management Order &     C09-03735 RS
Setting Case Management Conference
                                                                            698286

ATTESTMENT OF CONCURRENCE PER GENERAL ORDER 45 FOR FILING:

I attest that concurrence in the filing of this document by the signatories, Steven B. Dippell and Norman A. Quandt, has been obtained, and that a record of the concurrence shall be maintained at the Office of the City Attorney.

Date: October 20, 2010         By:    /s/ Steven B. Dippell
                                      STEVEN B. DIPPELL

## ORDER

Having read and considered the stipulation set forth above, and finding good cause for the actions requested therein, it is ordered that:

1. The Amended Case Management Plan entered by the court on July 1, 2010, including all deadlines and other dates specified therein, is vacated; and

2. The parties are to submit an updated joint case management statement to the court by  March 3 , 2011, that includes a new proposed schedule for resolution of this case.

Dated:  10/21/10

HON. RICHARD SEEBORG
Judge of the United States District Court