*E-Filed 3/2/11*

RICHARD DOYLE, City Attorney #88625
NORA FRIMANN, Assistant City Attorney #93249
STEVEN B. DIPPELL, Sr. Deputy City Attorney #121217
ELISA T. TOLENTINO, Assoc. Deputy City Attorney #245962
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San José, California 95113-1905
Phone: (408) 535-1900
Fax:    (408) 998-3131
E-Mail: CAO.Main@sanjoseca.gov

Attorneys for Defendant,
CITY OF SAN JOSE

JOLINA A. ABRENA, #198683
Ford & Harrison LLP
350 South Grand Avenue, Suite 2300
Los Angeles, California 90071
Phone: (213) 237-2400
Fax:    (213) 237-2401
Email: jabrena@fordharrison.com

NORMAN A. QUANDT, GA Bar No. 590575
(*pro hac vice*)
Ford & Harrison LLP
271 17th Street NW, Suite 1900
Atlanta, GA 30363
Phone: (404) 888-3845
Fax:    (404) 888-3863
Email: nquandt@fordharrison.com

Attorneys for Plaintiff,
SKY CHEFS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SKY CHEFS, INC., | Case Number: C09-03735 RS |
| Plaintiffs, | **STIPULATION AND [~~PROPOSED~~] ORDER AMENDING PRIOR CASE MANAGEMENT ORDER** |
| v. | |
| CITY OF SAN JOSE, CALIFORNIA, et al., | |
| Defendants. | |

1

## STIPULATION

The undersigned parties, by and through their counsel of record, herewith stipulate to the following:

1. This action by Plaintiff Sky Chefs, Inc. ("Sky Chefs") seeks injunctive and declaratory relief that would halt the efforts of Defendant City of San Jose (the "City") to apply its Airport Living Wage Ordinance (the "LWO") to Sky Chefs' operations at Norman Y. Mineta San Jose International Airport (the "Airport"). Sky Chefs contends that the LWO is preempted by federal law, and violates the Equal Protection Clauses of the United State and California Constitutions. The City contends that Sky Chefs' arguments are meritless, and that Sky Chefs is contractually bound to comply with the LWO.

2. On October 21, 2010, the court issued a case management order requiring the parties to submit an updated joint case management statement that includes a new proposed schedule for resolution of the case to the court by March 3, 2011.

3. The parties are presently engaged in discussions that may lead to resolution of the case. To allow time for these discussions to continue, without the need to simultaneously dedicate resources to the litigation, the parties jointly request that the March 3 deadline for the updated joint case management statement be postponed for sixty days.

Dated: March 2, 2011                         FORD & HARRISON LLP

                                             By: _____/s/ Norman A. Quandt_____
                                                       NORMAN A. QUANDT
                                             Attorneys for Plaintiff,
                                             SKY CHEFS, INC.

Dated: March 2, 2011                         RICHARD DOYLE, City Attorney

                                             By: _____/s/ Steven B. Dippell_____
                                                       STEVEN B. DIPPELL
                                                       Sr. Deputy City Attorney
                                             Attorneys for Defendant,
                                             CITY OF SAN JOSE

ATTESTMENT OF CONCURRENCE PER GENERAL ORDER 45 FOR FILING:

I attest that concurrence in the filing of this document by the signatories, Steven B. Dippell and Norman A. Quandt, has been obtained, and that a record of the concurrence shall be maintained at the Office of the City Attorney.

Date: March 2, 2011                    By: ____/s/ Steven B. Dippell_____
                                              STEVEN B. DIPPELL

## ORDER

Having read and considered the stipulation set forth above, and finding good cause for the action requested therein, it is ordered that the March 3, 2011 deadline for the parties to submit an updated joint case management statement to the court is extended to May 3, 2011.

Dated: __3/2/11_____        _____
                                        HON. RICHARD SEEBORG
                                        Judge of the United States District Court