RICHARD DOYLE, City Attorney #88625
NORA FRIMANN, Assistant City Attorney #93249
STEVEN B. DIPPELL, Sr. Deputy City Attorney #121217
ELISA T. TOLENTINO, Assoc. Deputy City Attorney #245962
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San José, California  95113-1905
Phone: (408) 535-1900
Fax:    (408) 998-3131
E-Mail: CAO.Main@sanjoseca.gov

*E-Filed 4/27/11*

Attorneys for Defendant,
CITY OF SAN JOSE

JOLINA A. ABRENA, #198683
Ford & Harrison LLP
350 South Grand Avenue, Suite 2300
Los Angeles, California  90071
Phone: (213) 237-2400
Fax:    (213) 237-2401
Email:  jabrena@fordharrison.com

NORMAN A. QUANDT, GA Bar No. 590575
(*pro hac vice*)
Ford & Harrison LLP
271 17th Street NW, Suite 1900
Atlanta, GA 30363
Phone: (404) 888-3845
Fax:    (404) 888-3863
Email:  nquandt@fordharrison.com

Attorneys for Plaintiff,
SKY CHEFS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SKY CHEFS, INC., | Case Number:  C09-03735 RS |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER AMENDING PRIOR CASE MANAGEMENT ORDER** |
| v. | |
| CITY OF SAN JOSE, CALIFORNIA, et al., | |
| Defendants. | |

1

## STIPULATION

The undersigned parties, by and through their counsel of record, herewith stipulate to the following:

1.      This action by Plaintiff Sky Chefs, Inc. ("Sky Chefs") seeks injunctive and declaratory relief that would halt the efforts of Defendant City of San Jose (the "City") to apply its Airport Living Wage Ordinance (the "LWO") to Sky Chefs' operations at Norman Y. Mineta San Jose International Airport (the "Airport").  Sky Chefs contends that the LWO is preempted by federal law, and violates the Equal Protection Clauses of the United State and California Constitutions.  The City contends that Sky Chefs' arguments are meritless, and that Sky Chefs is contractually bound to comply with the LWO.

2.      On October 21, 2010, the court issued a case management order that required the parties to submit an updated joint case management statement to the court by March 3, 2011.

3.      On March 2, 2011, the parties submitted a stipulation and proposed order to the court asking that the March 3 deadline for the case management statement be extended, since the parties were engaged in settlement discussion.  On March 2, the court granted the parties' request, and ordered the parties to submit an updated joint case management statement by May 3, 2011.

4.      The parties are still engaged in discussions that may lead to resolution of the case.  To allow time for these discussions to continue, without the need to simultaneously dedicate resources to the litigation, the parties jointly request that the May 3 deadline for the updated joint case management statement be postponed for an additional sixty days.

Dated: April 27, 2011                      FORD & HARRISON LLP


By: _____/s/ Norman A. Quandt_____
          NORMAN A. QUANDT

Attorneys for Plaintiff,
SKY CHEFS, INC.

1  Dated: April 27, 2011                    RICHARD DOYLE, City Attorney

2

3                                           By:    /s/ Steven B. Dippell
                                                 STEVEN B. DIPPELL
4                                                Sr. Deputy City Attorney
                                           Attorneys for Defendant,
5                                          CITY OF SAN JOSE

6

7

8       ATTESTMENT OF CONCURRENCE PER GENERAL ORDER 45 FOR FILING:

9       I attest that concurrence in the filing of this document by the signatories, Steven B.

10  Dippell and Norman A. Quandt, has been obtained, and that a record of the concurrence

11  shall be maintained at the Office of the City Attorney.

12

13  Date:  April 27, 2011                   By:    /s/ Steven B. Dippell
                                                 STEVEN B. DIPPELL
14

15

16

17                                   **ORDER**

18      Having read and considered the stipulation set forth above, and finding good cause

19  for the action requested therein, it is ordered that the May 3, 2011 deadline for the parties

20  to submit an updated joint case management statement to the court is extended to July 5,

21  2011.

22

23  Dated:    April 27, 2011              _____
                                          HON. RICHARD SEEBORG
24                                        Judge of the United States District Court

25

26

27

28

3