*E-Filed 7/1/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SKY CHEFS, INC., | No. C 09-03735 RS |
| Plaintiff, | |
| v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| CITY OF SAN JOSE, CALIFORNIA, | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

At the parties' joint request, the Case Management Conference in the instant case scheduled on July 14, 2011 shall be continued to **August 25, 2011 at 10:00 a.m.** in Courtroom 3 on the 17th Floor of the United States Courthouse, 450 Golden Gate Avenue, San Francisco. The parties shall file a Joint Case Management Statement at least one week prior to the Conference. The parties have requested to continue this Conference three times to allow for continuing settlement discussions. This shall operate as the final continuance–unless the Court is advised of a settlement, the parties shall file a Joint Statement and participate in the August 25 Conference.

IT IS SO ORDERED.

Dated: 7-1-11

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE